**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**U.S. District Court for the District of New Jersey**

NU IMAGE, INC.

                Plaintiff,

v.                                                                Case No.: 2:12–cv–07956–CCC–JAD

                                                   Judge Claire C. Cecchi

DOES 1–2, 515

                Defendant.

**Dear Jeremy P. Leathe, Esq.:**

   Please be advised, our records show that you are not a member of the Federal Bar of New Jersey. Therefore, you are responsible for having a member of the Bar of this Court file an appearance in accordance with Local Civil Rule 101.1 on behalf of your client.

                                                   Sincerely,

                                                   *William T. Walsh*, CLERK
                                                   By Deputy Clerk, dr